```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 29090
   FABIAN MANNO
   JANET MANNO                                    CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-9347    SSN XXX-XX-2289

-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/05/04 and confirmed on 10/12/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  51720.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 18795.75 | 2695.40 | 18795.75 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 5906.00 | .00 | 5906.00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 8800.00 | 937.13 | 8800.00 |
| YOUR APPROVED TO 1000 | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| APPLE FAST CASH PERSONAL | UNSECURED | NOT FILED | .00 | .00 |
| CASH ADVANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE CO | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| JANICE KELLY | UNSECURED | 4000.00 | .00 | 4000.00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR PAYDAY LNS | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 763.75 | .00 | 763.75 |
| ECAST SETTLEMENT CORP | UNSECURED | 76.44 | .00 | 76.44 |
| VIP CASH | UNSECURED | NOT FILED | .00 | .00 |

```
GMAC PAYMENT CENTER         UNSECURED         4020.76              .00         4020.76
ECAST SETTLEMENT CORPORA UNSECURED             296.76              .00          296.76
      Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  33501.75        .00      9157.71           .00     42659.46
PRINCIPAL PAID      33501.75        .00      9157.71           .00     42659.46
INTEREST PAID        3632.53        .00          .00           .00      3632.53
TOTAL PAID          37134.28        .00      9157.71           .00     46291.99
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   2700.00
and was paid $     6.00   direct and $   2694.00   through the plan.

The Trustee received $   2044.41 .

Refunds to the Debtor totaled $    689.60 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                          PAGE   2
       CASE NO. 04 B 29090 FABIAN MANNO & JANET MANNO